McDONOUGH HOLLAND & ALLEN PC
JAMES L. LEET (SBN 91894)
JAMIE M. ERRECART (SBN 214925)
MEREDITH A. FELDE (SBN 244511)
Attorneys at Law
500 Capitol Mall, 18th Floor
Sacramento, CA  95814
Phone: 916.444.3900
Fax:    916.444.8334

Attorneys for Airco Mechanical, Inc.

BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
NICOLE M. PHILLIPS, Bar No. 203786
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA  94501-1091
Phone: 510.337.1001
Fax:    510.337.1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>AIRCO MECHANICAL, INC., a California corporation,<br><br>Defendant. | No. 3:09-Cv-02274 Bz<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT AIRCO MECHANICAL, INC. TO RESPOND TO PLAINTIFFS' COMPLAINT** |

IT IS HEREBY STIPULATED by and between Plaintiffs THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR

NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA and Defendant AIRCO MECHANICAL, INC., through their undersigned counsel, that, pursuant to Local Rule 6-1(a), Defendant's time to respond to the Complaint filed by Plaintiff in this case, shall be extended fourteen (14) days to July 8, 2009. No previous extensions have been requested by or granted for Defendant.

DATED: June 23, 2009

                McDONOUGH HOLLAND & ALLEN PC
                Attorneys at Law


                By: _____/s/ Jamie M. Errecart_____
                         JAMIE M. ERRECART

                Attorneys for Defendant, AIRCO MECHANICAL, INC.

DATED: June 23, 2009

                WEINBERG, ROGER & ROSENFELD
                A Professional Corporation


                By: _____/s/ Nicole M. Phillips_____
                         NICOLE M. PHILLIPS

                Attorneys for Plaintiffs

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 24, 2009

                _____
                JUDGE OF THE U.S. DISTRICT COURT