BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
NICOLE M. PHILLIPS, Bar No. 203786
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone (510) 337-1001
Facsimile (510) 337-1023

Attorneys for Plaintiffs

McDONOUGH HOLLAND & ALLEN PC
JAMES L. LEET (SBN 91894)
JAMIE M. ERRECART (SBN 214925)
MEREDITH A. FELDE (SBN 244511)
Attorneys at Law
500 Capitol Mall, 18th Floor
Sacramento, CA 95814
Phone: 916.444.3900
Fax:   916.444.8334

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>        Plaintiffs,<br><br>  v.<br><br>AIRCO MECHANICAL, INC., a California Corporation,<br><br>        Defendant. | No.   C09-2274 SC<br><br>STIPULATED NOTICE OF DISMISSAL FRCP 41(a)(1) |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Stipulated Notice of Dismissal

IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action has been settled pursuant to a settlement agreement and release of claims signed by the parties and their counsel.

Accordingly, the parties through their designated counsel hereby give notice to the Court that THIS ACTION IS DISMISSED WITH PREJUDICE pursuant to FRCP 41(a)(1).

Dated: February 4, 2010

        WEINBERG, ROGER & ROSENFELD
        A Professional Corporation

By: //s//_____
    NICOLE M. PHILLIPS
    Attorneys for Plaintiffs

Dated: February 4, 2010

        McDONOUGH HOLLAND & ALLEN PC

By: //s//_____
    JAMIE M. ERRECART
    Attorneys for Defendant

120669/560139

February 4, 2010

IT IS SO ORDERED
/s/ Samuel Conti
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Stipulated Notice of Dismissal