1  BARRY E. HINKLE, Bar No. 071223
   PATRICIA A. DAVIS, Bar No. 179074
2  NICOLE M. PHILLIPS, Bar No. 203786
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, CA  94501-1091
   Telephone (510) 337-1001
5  Facsimile  (510) 337-1023

6  Attorneys for Plaintiffs

7
   McDONOUGH HOLLAND & ALLEN PC
8  JAMES L. LEET (SBN 91894)
   JAMIE M. ERRECART (SBN 214925)
9  MEREDITH A. FELDE (SBN 244511)
   Attorneys at Law
10 500 Capitol Mall, 18th Floor
   Sacramento, CA  95814
11 Phone: 916.444.3900
   Fax:    916.444.8334
12
   Attorneys for Defendant
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16
   THE BOARD OF TRUSTEES, in their capacities as  ) No.   C09-2274 SC
17 Trustees of the LABORERS HEALTH AND            )
   WELFARE TRUST FUND                             )
18 FOR NORTHERN CALIFORNIA; LABORERS              )
   VACATION-HOLIDAY TRUST FUND FOR                ) STIPULATED NOTICE OF
19 NORTHERN CALIFORNIA; LABORERS PENSION          ) DISMISSAL FRCP 41(a)(1)
   TRUST FUND FOR NORTHERN CALIFORNIA; and        )
20 LABORERS TRAINING AND RETRAINING TRUST         )
   FUND FOR NORTHERN CALIFORNIA,                  )
21                                                )
                                                  )
22              Plaintiffs,                       )
                                                  )
23        v.                                      )
                                                  )
24 AIRCO MECHANICAL, INC., a California           )
   Corporation,                                   )
25                                                )
                Defendant.                        )
26 _____  )

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

Stipulated Notice of Dismissal

IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action has been settled pursuant to a settlement agreement and release of claims signed by the parties and their counsel.

Accordingly, the parties through their designated counsel hereby give notice to the Court that THIS ACTION IS DISMISSED WITH PREJUDICE pursuant to FRCP 41(a)(1).

Dated: February 4, 2010

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: //s//
NICOLE M. PHILLIPS
Attorneys for Plaintiffs

Dated: February 4, 2010

McDONOUGH HOLLAND & ALLEN PC

By: //s//
JAMIE M. ERRECART
Attorneys for Defendant

120669/560139

February 4, 2010

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Samuel Conti
NORTHERN DISTRICT OF CALIFORNIA

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001